NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA JEREME PERSAUD,                  )
                                        )
              Appellant,                )
                                        )
v.                                      )         Case No. 2D19-3741
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
_____ )

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Lindsay D. Turner,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

                Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.